IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DOYLE BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 5:02-cv-02775-JHH-HGD |
| | ) | |
| Dr. RUSTY BATES, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 4, 2005, recommending that the defendant's amended motion to dismiss (Doc. #19) be granted and this cause be dismissed pursuant to Rule 12(b)(1) of the *Federal Rules of Civil Procedure.* No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the defendant's amended motion to dismiss (Doc. #19) is due to be **GRANTED**. A Final Judgment will be entered.

**DONE** this ___8th___ the March, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE